# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

YAW NHKUM AND TANGBAU BAWK NU

VERSUS

ALFRED J. THOMAS, JAMES R. MOFFETT, JR., CRESCENT CROWN DISTRIBUTING, L.L.C., ZURICH AMERICAN INSURANCE COMPANY AND ALLSTATE INSURANCE COMPANY

NO.  2019 CW 1254

**SEPTEMBER 27, 2019**

---

In Re:     Crescent    Crown    Distributing,    L.L.C.    and    Zurich American Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 680552.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**STAY DENIED; WRIT DENIED.**

                    JMM
                    MRT
                    WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT